**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| VICTORIA MORRIS, : | |
|  | Case No. 3:09-cv-203 |
| Plaintiff, | |
|  | District Judge Thomas M. Rose |
|  | Magistrate Judge Michael R. Merz |
| -vs- | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. : | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on September 3, 2010, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 2412(d) ("EAJA"), (Doc. 17), be granted and that counsel be awarded $4,455.00 in fees.

September 7, 2010.                                          *s/THOMAS M. ROSE*

                                                          _____
                                                          Thomas M. Rose
                                                          United States District Judge